NVB 8005−1 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>DOUBLE JUMP, INC. ,<br>　　　　　　　　　Debtor(s) | BK−19−50102−gs<br>CHAPTER 7<br><br>Adversary Proceeding:　　　21−05072−gs |
| CHRISTINA W. LOVATO<br>　　　　　　　　　Plaintiff(s) | Appeal Reference Number:　　　23−04 |
| vs<br><br>NIXON PEABODY LLP<br>　　　　　　　　　Defendant(s) | NOTICE OF REFERRAL<br>OF APPEAL TO<br>UNITED STATES DISTRICT COURT |

NIXON PEABODY LLP (Cross Appellant)
　　　　　　　　　Appellant(s)

vs

CHRISTINA LOVATO CH 7 TRUSTEE (Cross Appellee
　　　　　　　　　Appellee(s)

To:　　All Parties in Appeal
　　　　U.S. Trustee

**NOTICE IS GIVEN** that a Notice of Appeal has been filed by Eric H MacMichael, Esq. for Nixon Peabody LLP with the Clerk of the Bankruptcy Court on 2/15/23.

The above appeal has been referred to the U.S. District Court as the Appellant has filed an Objection/Election for hearing before U.S. District Court with Notice of Appeal.

Dated: 2/17/23

　　　　　　　　　　　　　　　　　　　　　　　　　*Mary A Schott*

　　　　　　　　　　　　　　　　　　　　　　　　　Mary A. Schott
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court